**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Richard Ahlfeld

Plaintiff,

v.                                                                    Case No.: 1:16–cv–07837
                                                                      Honorable Amy J. St. Eve

Decorator's Supply House, Inc., et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 7, 2017:

        MINUTE entry before the Honorable Amy J. St. Eve: Status hearing held on
3/7/2017. Defendants' motion for court approval of settlement [25] is granted without
objection. The Court approves the Settlement Agreement and Mutual Release, finding it to
be a fair and reasonable resolution of bona fide disputes under the FLSA, Portal–to–Portal
Act and IMWL. This case is hereby dismissed, without prejudice, with leave to reinstate
by 4/21/17. After 4/21/17, said dismissal will convert to a dismissal with prejudice. All
other pending dates and deadlines are stricken and all pending motions are denied as
moot. Civil case terminated. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.